**Order entered February 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00705-CV

### CITY OF DALLAS, Appellant

### V.

### BRIAN LONCAR, SUE LONCAR, ET AL., Appellees

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-09-06753-C**

## ORDER

Appellees' January 30, 2014 unopposed motion for filing a motion for rehearing is

**GRANTED**, and the time is extended until February 18, 2014.

/s/     DAVID L. BRIDGES
JUSTICE